■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY HARRISON, Appellant. [775 NYS2d 871]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 2, 1998 (*People v Harrison*, 255 AD2d 335 [1998]), affirming a judgment of the Supreme Court, Kings County, rendered February 7, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]). Prudenti, P.J.; Ritter, Santucci and Altman, JJ., concur.